**LORI HARPER SUEK**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**James F. Battin U.S. Courthouse**
**2601 Second Ave. North, Suite 3200**
**Billings, MT 59101**
**Phone:** **(406) 657-6101**
**FAX:** **(406) 657-6989**
**E-mail:** **Lori.Suek@usdoj.gov**



FILED

FEB 0 ? 2022

Clerk, U.S. District Court
District Of Montana
Great Falls

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 22- 14 -GF-BMM** |
| **Plaintiff,** | **INDICTMENT** |
| **vs.** | **ARSON**<br>**Title 18 U.S.C. §§ 1153(a) and 81**<br>**(Penalty: Life imprisonment, $250,000 fine,**<br>**and five years of supervised release)** |
| **MEGAN KASZHA YELLOW OWL,** | |
| **Defendant.** | |

THE GRAND JURY CHARGES:

On or about August 5, 2021, at Browning, in Glacier County and within the

boundaries of the Blackfeet Indian Reservation, being Indian Country, the

defendant, MEGAN KASZHA YELLOW OWL, an Indian person, willfully and

maliciously set fire to and burned a residence, in violation of 18 U.S.C. §§ 1153(a)

and 81.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
LEIF M. JOHNSON
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney