# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MEGAN KASZHA YELLOW OWL,<br><br>Defendant. | Case No. CR 22-14-GF-BMM<br><br>**AMENDED ORDER RESETTING SENTENCING HEARING** |

Defendant Megan Kaszha Yellow Owl, having filed an unopposed Motion to Reset Sentencing, there being no objection from the Government;

IT IS HEREBY ORDERED that the Sentencing Hearing, presently scheduled for Wednesday, October 19, 2022, beginning at 11:00 a.m., is VACATED;

IT IS FURTHER HEREBY ORDERED that the Sentencing Hearing shall be and is hereby rescheduled for November 2nd, 2022, at 10:00 a.m.

IT IS FURTHER HEREBY ORDERED that the following deadlines are extended:

Unresolved Objections and Sentencing Memorandum, October 21, 2022

Notice of Sentencing Witnesses, October 31, 2022; and Response to Sentencing Memorandum, November 1, 2022.

DATED this 11th day of October, 2022.

_____
Brian Morris, Chief District Judge
United States District Court