IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MEGAN KASZHA YELLOW OWL, Defendant. | CR 22-14-GF-BMM-JTJ FINDINGS AND RECOMMENDATIONS |

## I.   Synopsis

Defendant Megan Kaszha Yellow Owl (Yellow Owl) has been accused of violating conditions of her supervised release. (Doc. 89). Yellow Owl admitted most of the alleged violations. Yellow Owl's supervised release should be revoked. Yellow Owl should be sentenced to custody for 6 months, with no term of supervised release to follow.

## II.   Status

Yellow Owl plead guilty on November 7, 2022, to the offense of Arson, in violation of Title 18 U.S.C. §§ 81, 1153(e) as charged in Count 1 of the Indictment. (Doc. 32).  Yellow Owl was sentenced to TIME SERVED followed by 2 years of

supervised release. (Doc. 51). Yellow Owl's current term of supervised release began on January 2, 2025.

**Petition**

On June 11, 2024, the United States Probation Office filed a Petition requesting that the Court revoke Yellow Owl's supervised release. (Doc. 89). The Petition alleged Yellow Owl violated the conditions of her supervised release by: (1) failing to comply with substance abuse treatment requirements on May 21, 2025; (2) failing to comply with substance abuse treatment requirements on June 2, 2025; (3) failing to comply with substance abuse treatment requirements on June 3, 2025; (4) failing to comply with substance abuse treatment requirements on June 4, 2025; (5) failing to comply with substance abuse treatment requirements on June 9, 2025; (6) using methamphetamine on or about June 8, 2025; and (7) consuming alcohol on or about June 8, 2025.

**Initial Appearance**

Yellow Owl appeared before the Court on July 8, 2025. Yellow Owl was represented by counsel. Yellow Owl stated that she had read the Petition and that she understood the allegations against her. Yellow Owl waived her right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on July 8, 2025. Yellow Owl admitted that she had violated the conditions of her supervised release as set forth in allegations 1-4 and 6-7 of the Petition. The Government moved to dismiss allegation 5, which the Court granted. Yellow Owl's violations, 1-4 and 6-7 are serious and warrant revocation of her supervised release.

**Sentencing hearing**

Yellow Owl appeared before the Court on July 8, 2025. Yellow Owl's violations are a Grade C. Her criminal history category is I. Yellow Owl's underlying offense is a Class A felony. Yellow Owl could be incarcerated for up to 60 months. Yellow Owl could be ordered to remain on supervised release for 33 months less any custody time. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III.  Analysis

Yellow Owl's supervised release should be revoked. Yellow Owl should be sentenced to custody for 6 months, with no term of supervised release to follow. This sentence is sufficient but not greater than necessary.

### IV.  Conclusion

The Court informed Yellow Owl that the above sentence would be recommended to the Chief United States District Judge Brian Morris. The Court

also informed Yellow Owl of her right to object to these Findings and Recommendations within 14 days of this issuance.  The Court explained to Yellow Owl that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose. Yellow Owl waived her right to appeal and to allocute before Judge Morris.

The Court **FINDS**:

> That MEGAN KASZHA YELLOW OWL has violated the conditions of her supervised release by: (1) failing to comply with substance abuse treatment requirements on May 21, 2025; (2) failing to comply with substance abuse treatment requirements on June 2, 2025; (3) failing to comply with substance abuse treatment requirements on June 3, 2025; (4) failing to comply with substance abuse treatment requirements on June 4, 2025; (6) using methamphetamine on or about June 8, 2025; and (7) consuming alcohol on or about June 8, 2025.

The Court **RECOMMENDS**:

> That the District Court revoke Yellow Owl's supervised release and sentence Yellow Owl to custody for 6 months, with no term of supervised release to follow.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file a written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing.  28 U.S.C.  Section 636(b)(1).  A United States district court judge

will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocute before a district court judge.

DATED this 9th day of July 2025.

John Johnston
United States Magistrate Judge