**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR-22-14-GF-BMM** |
| Plaintiff, | |
| vs. | **ORDER** |
| MEGAN KASZHA YELLOW OWL, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on July 9, 2025. (Doc. 98.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on July 8, 2025.  (Doc. 93.) The government accused Megan Yellow Owl (Yellow Owl) of violating the

conditions of her supervised release by: (1) failing to comply with substance abuse treatment requirements on May 21, 2025; (2) failing to comply with substance abuse treatment requirements on June 2, 2025; (3) failing to comply with substance abuse treatment requirements on June 3, 2025; (4) failing to comply with substance abuse treatment requirements on June 4, 2025; (5) failing to comply with substance abuse treatment requirements on June 9, 2025; (6) using methamphetamine on or about June 8, 2025; and (7) consuming alcohol on or about June 8, 2025.  (Doc. 89.)

At the revocation hearing, Yellow Owl admitted that she had violated the conditions of her supervised release as set forth in allegations 1-4 and 6-7 of the Petition.  The Government moved to dismiss allegation 5, which the Court granted. (Doc. 93.)

Judge Johnston found that the violations Yellow Owl admitted prove serious and warrants revocation, and recommended that she receive a custodial sentence of 6 months with no supervised release to follow. The Court advised Yellow Owl of her right to appeal and to allocute before the undersigned, she waived those rights. (Doc. 93.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's  Findings and Recommendations (Doc. 98) are **ADOPTED IN FULL.  IT IS FURTHER**

**ORDERED** that Defendant Megan Kaszha Yellow Owl be sentenced to a term of custody of 6 months with no supervised release to follow.

DATED this 9th day of July 2025.

_____
Brian Morris, Chief District Judge
United States District Court